UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY ST. FORT,
A-076-988-443,

    Petitioner,

v.                                              4:15cv471-WS/CAS

LORETTA LYNCH, et al.,

    Respondents.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's amended report and recommendation (doc. 19) docketed July 27, 2016. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied as moot. Respondents have replied to the magistrate judge's amended report and recommendation, advising the court that the petitioner was removed from this country on August 11, 2016.

Given the petitioner's removal, this court has determined that the case should be dismissed as moot.

Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (doc. 19) is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DISMISSED as moot.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this __26th__ day of __August__, 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE